FILED: June 1, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 20-1656**

_____

MICHEALL LYONS,

        Plaintiff – Appellant,

v.

CITY OF ALEXANDRIA, A municipal corporation organized under the laws of the Commonwealth of Virginia,

        Defendant – Appellee.

------------------------------

UNITED STATES OF AMERICA,

        Amicus Curiae.

_____

O R D E R

_____

The Court amends its opinion filed on May 31, 2022, as follows:

On page 2, in the attorney information section, Michelle D. Gambino is added as on-brief counsel for the appellee.

For the Court – By Direction

/s/ Patricia S. Connor, Clerk